AO 451 (Rev.2/86) Certification of Judgment

616 RI

# United States District Court

Northern DISTRICT OF Georgia

MISC 05 -155S

Jerry L. Sewell, Assignee of
Physicians Reliance Association, Inc.
By and Through Its Chapter 7 Trustee
James R. Marshall
V.
Baruh Bob Motola, M.D.

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

Case Number: 1:03-cv-3595-GET

I, Luther D. Thomas, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 1/28/2004, as it appears in the records of this court, and that
*Date*

No notice of appeal from this judgment has been filed and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appelate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on OCT 27 2005.
*Date*

Luther D. Thomas
*Clerk*

Elaine P. Moore
*(By) Deputy Clerk*